B1 (Official Form 1)(04/13)

UNITED STATES BANKRUPTCY COURT
**NORTHERN DISTRICT OF ILLINOIS**

**VOLUNTARY PETITION**

| Name of Debtor (if individual, enter Last, First, Middle): **McKinney, Lonnie J.** | Name of Joint Debtor (Spouse) (Last, First, Middle): **McKinney, Claudia M.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **5253** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **6565** |
| Street Address of Debtor (No. and Street, City, and State): **2230 Broadway** **Rockford, Illinois** ZIP CODE **61104** | Street Address of Joint Debtor (No. and Street, City, and State): **2230 Broadway** **Rockford, Illinois** ZIP CODE **61104** |
| County of Residence or of the Principal Place of Business: **WINNEBAGO** | County of Residence or of the Principal Place of Business: **WINNEBAGO** |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

**Type of Debtor**
(Form of Organization)
(Check one box.)

[X] Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
[ ] Corporation (includes LLC and LLP).
[ ] Partnership
[ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

[ ] Health Care Business
[ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
[ ] Railroad
[ ] Stockbroker
[ ] Commodity Broker
[ ] Clearing Bank
[ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

[X] Chapter 7          [ ] Chapter 15 Petition for
[ ] Chapter 9              Recognition of a Foreign
[ ] Chapter 11             Main Proceeding
[ ] Chapter 12         [ ] Chapter 15 Petition for
[ ] Chapter 13             Recognition of a Foreign
                           Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

[ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

[X] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

[ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)

[X] Full Filing Fee attached.

[ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

[ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
[ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
[ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
[ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**Check all applicable boxes:**
[ ] A plan is being filed with this petition.
[ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [ ] 1-49 | [X] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| [ ] $0 to $50,000 | [X] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [X] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| B1 (Official Form 1)(04/13) | Name of Debtor(s): McKinney, Lonnie J. and McKinney, Claudia M. |
|---|---|

**Voluntary Petition**
*(This page must be completed and filed in every case.)*

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X   **s/Laura L McGarragan        January 28, 2014**<br>Signature of Attorney for Debtor(s)        (Date)<br>**Bar No.: 6199753** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☒   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): McKinney, Lonnie J. and McKinney, Claudia M. |
|---|---|
| *(This page must be completed and filed in every case.)* | |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/Lonnie J. McKinney**
Signature of Debtor **Lonnie J. McKinney**

X **s/Claudia McKinney**
Signature of Joint Debtor **Claudia M. McKinney**

Telephone Number (if not represented by attorney)
**January 28, 2014**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X **s/Laura L McGarragan**
Signature of Attorney for Debtor(s)
**Laura L McGarragan**
Printed Name of Attorney for Debtor(s)
**McGarragan Law Offices**
Firm Name
**1004 N. Main Street**
**Rockford, Illinois 61103**
Address
**(815) 961-1111**
Telephone Number
**January 28, 2014**
Date
**Bar No.: 6199753**
**Fax: (800) 598-0656**
**E-mail: laura@mcgarraganlaw.com**

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re Lonnie J. McKinney , Claudia M. McKinney      Case No. _____
                     Debtor

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
### CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

❏ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

**B 1D** (Official Form 1, Exh. D) (12/09) – Cont.

❐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❐ 4. I am not required to receive a credit counseling briefing because of:

❐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
❐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.**);**
❐ Active military duty in a military combat zone.

❐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  s/Lonnie J. McKinney _____

Date: January 28, 2014 _____

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re Lonnie J. McKinney, Claudia M. McKinney                    Case No. _____

        Debtor

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
### CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

❒ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed*.

**B 1D** (Official Form 1, Exh. D) (12/09) – Cont.

❐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❐ 4. I am not required to receive a credit counseling briefing because of:

❐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
❐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.**);**
❐ Active military duty in a military combat zone.

❐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Joint Debtor:  s/Claudia McKinney

Date: January 28, 2014

2

**B6 Cover (Form 6 Cover) (12/07)**


## FORM 6.  SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtors(s)

Unsworn Declaration Under Penalty of Perjury


GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B.  Subsequent pages should be identified with the debtor's name and case number.  If the schedules are filed with the petition, the case number should be left blank.

Schedules D, E, and F have been designed for the listing of each claim only once.  Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once.  A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only.  Do not list the same claim twice.  If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

B6A (Official Form 6A) (12/07)

**In re** Lonnie J. McKinney and Claudia M. McKinney,_____    **Case No.** _____
_____Debtor_____                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 2230 Broadway Rockford, IL 61104 | Fee Simple Ownership | J | $62,500.00 | $38,000.00 |
| | | Total ▶ | $62,500.00 | |

(Report also on Summary of Schedules.)

B 6B  (Official Form 6B) (12/2007)

In re  **Lonnie J. McKinney and Claudia M. McKinney,**_____          Case No. _____
                        **Debtor**                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

       Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

       **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | J | $10.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account | J | $100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Furniture | J | $900.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | J | $1,000.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re  **Lonnie J. McKinney and Claudia M. McKinney,**_____          Case No. _____
　　　　　　　　　　　　**Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re **Lonnie J. McKinney and Claudia M. McKinney,**_____     Case No. _____
                    **Debtor**                                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | | | |
|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 Isuzu Rodeo | J | $1,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Possible lawsuit | | Unknown |

_2_ continuation sheets attached        Total ▶                    $3,010.00
(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

B6C (Official Form 6C) (04/13)

In re **Lonnie J. McKinney and Claudia M. McKinney,**     Case No. _____
_____**Debtor**_____     **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)     $155,675.*
☐  11 U.S.C. § 522(b)(2)
☒  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| ***Property real description RMC*** | 735 ILCS 5/12-901 | $24,500.00 | $62,500.00 |
| Cash | 735 ILCS 5/12-1001(b) | $10.00 | $10.00 |
| Checking Account | 735 ILCS 5/12-1001(b) | $100.00 | $100.00 |
| Furniture | 735 ILCS 5/12-1001(b) | $900.00 | $900.00 |
| Clothing | 735 ILCS 5/12-1001(a),(e) | $1,000.00 | $1,000.00 |
| 2001 Isuzu Rodeo | 735 ILCS 5/12-1001(c) | $1,000.00 | $1,000.00 |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of
adjustment.*

B 6D (Official Form 6D) (12/07)

In re __Lonnie J. McKinney and Claudia M. McKinney_____,   Case No. _____

<table>
<tr><td>Debtor</td><td>(If known)</td></tr>
</table>

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable.  If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors.  If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule.  Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

<table>
<tr>
<td rowspan="2">CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER<br>(See Instructions Above.)</td>
<td rowspan="2">CODEBTOR</td>
<td rowspan="2">HUSBAND, WIFE, JOINT, OR COMMUNITY</td>
<td rowspan="2">DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN</td>
<td rowspan="2">CONTINGENT</td>
<td rowspan="2">UNLIQUIDATED</td>
<td rowspan="2">DISPUTED</td>
<td rowspan="2">AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL</td>
<td rowspan="2">UNSECURED PORTION, IF ANY</td>
</tr>
<tr></tr>
<tr>
<td>ACCOUNT NO. 0252<br><br>**Wells Fargo Home Mortgage**<br>**P.O. Box 5296**<br>**Carol Stream, IL 60197-5296**<br>**Full Account No.: 208880252**</td>
<td></td>
<td>**J**</td>
<td>**Mortgage**<br><br>**2230 Broadway**<br>**Rockford, IL 61104**<br><br>VALUE $        $62,500.00</td>
<td></td>
<td></td>
<td></td>
<td>$38,000.00</td>
<td>$0.00</td>
</tr>
<tr>
<td colspan="9"></td>
</tr>
<tr>
<td colspan="9"></td>
</tr>
</table>

<table>
<tr>
<td>__0___ continuation sheets<br>attached</td>
<td>Subtotal ►<br>(Total of this page)</td>
<td>$        38,000.00</td>
<td>$        0.00</td>
</tr>
<tr>
<td></td>
<td>Total ►<br>(Use only on last page)</td>
<td>$        38,000.00</td>
<td>$        0.00</td>
</tr>
<tr>
<td></td>
<td></td>
<td>(Report also on Summary of Schedules.)</td>
<td>(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)</td>
</tr>
</table>

B6E (Official Form 6E) (04/13)

**In re** <u>Lonnie J. McKinney and Claudia M. McKinney</u> ,      Case No._____
            Debtor                                                    *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

**[X]**  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

**[ ] Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

**[ ] Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

**[ ] Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

**[ ] Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6E (Official Form 6E) (04/13) – Cont.

**In re** <u>Lonnie J. McKinney and Claudia M. McKinney</u> ,    **Case No.**_____
Debtor                                                        *(if known)*

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

  Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

___**0**___ continuation sheets attached

In re **Lonnie J. McKinney and Claudia M. McKinney** ,                    Case No. _____
             **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**        85** **Accounts Receivable Management** **7834 N. 2nd Street, Ste. 5** **Machesney Park, IL 61115** **Full Account No.: 544085**** |  | W | **Medical** |  |  |  | **$425.00** |
| **Additional Contacts for Accounts Receivable Management (85**):** **Rockford Surgical Services** **5668 E. State Street** **Rockford, IL 61108** |  |  |  |  |  |  |  |
| **ACCOUNT NO.**        1007 **Allied Interstate** **PO Box 1962** **Southgate, MI 48195-0962** **Full Account No.: 0273191007** |  | W | **Collection** |  |  |  | **$204.00** |
| | | | | | Subtotal▶ | $ | **629.00** |

__26__ continuation sheets attached

Total▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Lonnie J. McKinney and Claudia M. McKinney** ,                    Case No. _____

_____**Debtor**_____                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Allied Interstate (1007):** | | | | | | | |
| **Enhancing Mind Body Spirit** PO Box 26597 Lehigh Valley, PA 18002-6597 **North Shore Agency, Inc.** PO Box 17211 Wilmington, DE 19850 | | | | | | | |
| **ACCOUNT NO.**    **KLON** **Amber Pharmacy** 10004 S. 152nd St. Omaha , NE 68138 Full Account No.: MCKLON | | H | **Pharmacy bill** | | | | $10.00 |
| **ACCOUNT NO.**    **54 8** **AT&T** PO Box 5080 Carol Stream, IL 60197-5080 Full Account No.: 081 257-3269 754 8 | | W | **Phone Bill** | | | | $135.00 |
| **ACCOUNT NO.**    **7415** **ATG Credit, LLC** PO Box 14895 Chicago, IL 60614-4895 Full Account No.: 107415 | | W | **Collection/Medical** | | | | $24.00 |
| **Notes: ATG Credit -additonal account #- 758630** | | | | | | | |

Sheet no.__**1**__ of __**26**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $      **169.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Lonnie J. McKinney and Claudia M. McKinney</u> ,       Case No. _____
                    **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for ATG Credit, LLC (7415):** **Radiology Consult of Rockford (1401 East State Street, Rockford, Illinois 61104)** **1401 East State Street Rockford, IL 61104** | | | | | | | |
| ACCOUNT NO.    0834 **Blackhawk State Bank 400 Broad St. Beloit, WI 53512 Full Account No.: 10460834** | | W | Overdraft | | | | $14.00 |
| ACCOUNT NO.    7*** **Capital One PO Box 5253 Carol Stream, IL 60197-5253 Full Account No.: 548955511747***** | | H | Credit Card | | | | $825.00 |
| **Notes: Additional Capital One account #'s - 466309000506*** ;** | | | | | | | |
| ACCOUNT NO.    06** **Chase Bank USA P.O. Box 15298 Willmington, DE 19850 Full Account No.: 414720203906**** | | W | Credit Card | | | | $9,607.00 |
| | | | | | | | |
| Sheet no.__2__ of __26__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal► | $ | **10,446.00** |
| | | | | | Total► (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

In re **Lonnie J. McKinney and Claudia M. McKinney** ,          Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 9046 **Convergent Outsourcing, Inc.** 10750 Hammerly Blvd. #200 Houston, TX 77043 Full Account No: 98539046 | | H | **Collection** | | | | **$5,011.00** |
| Additional Contacts for Convergent Outsourcing, Inc. (9046): **LVNV Funding LLC** PO Box 10497 Greenville, SC 29603 **Washington Mutual Bank** 2273 North Green Valley Pkwy. Henderson, NV 89014 | | | | | | | |
| **ACCOUNT NO.** 9716 **Credit Control** 5757 Phantom Dr. Suite 330 Hazelwood, MO 63042 Full Account No: 10896141, 5689716 | | W | **Collection** | | | | **$12,000.00** |
| Additional Contacts for Credit Control (9716): **Midland Funding LLC** (8875 Aero Drive, San Diego, California 92123) 8875 Aero Drive Suite 200 San Diego, CA 92123 **HSBC Bank Nevada** 1111b Town Center Dr. Las Vegas, NV 89134 **Chase Bank USA, NA** PO Box 15298 Wilmington, DE 19850-5298 **Razor Capital II LLC** 8000 Norman Ctr. Dr. Bloomington, MN 55437 | | | | | | | |

Sheet no. **3** of **26** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **17,011.00**

Total► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Lonnie J. McKinney and Claudia M. McKinney** ,        Case No. _____
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.    6884**<br><br>**Creditor Services**<br>**PO Box 4**<br>**Clinton, IA 52733-0004**<br>**Full Account No.: 2014073742, 2012675282, 2012756884** | | **W** | **Collection/Medical** | | | | **$1,000.00** |
| **Additional Contacts for Creditor Services (6884):**<br><br>**Rockford Health Systems**<br>**(2300 N. Rockton Avenue,**<br>**Rockford, Illinois 61103)**<br>**2300 N. Rockton Avenue**<br>**Rockford, IL 61103** | | | | | | | |
| **ACCOUNT NO.    5002**<br><br>**Creditors Protection SVC**<br>**202 W. State Street Ste. 300**<br>**Rockford, IL 61101**<br>**Full Account No.: 00395002** | | **W** | **Collection/Medical** | | | | **$86.00** |
| **Notes: Additonal account #'s- 919076000023**** | | | | | | | |
| **Additional Contacts for Creditors Protection SVC (5002):**<br><br>**Rockford Health Phys.**<br>**Anesthesiology Services**<br>**6785 Weaver Road**<br>**Rockford, IL 61114** | | | | | | | |

Sheet no.__**4**__ of __**26**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **1,086.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Lonnie J. McKinney and Claudia M. McKinney** ,        Case No. _____
         **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**      0156 **Creditors Protection SVC** **202 W. State Street Ste. 300** **Rockford, IL 61101** **Full Account No.: 00350156** | | W | **Collection/Medical** | | | | $310.00 |

Notes: Additional account #'s - 913106000039** ; 1201116000045** ; 1123096000035 ; 919076000023** ; 1243***** ;

**Additional Contacts for Creditors Protection SVC  (0156):**

Rockford Anesthesiologist (2202 Harlem
Road, Loves Park, Illinois 61111)
2202 Harlem Road
Loves Park, IL 61111

Affiliated Surgeons of Rockford
PO Box 15730
Loves Park, IL 61132-5730

See Attachment 1 - First Additional Contact

**Rockford Health Physicians** **2300 N. Rockton Ave.** **Rockford, IL 61103**

| CREDITOR'S NAME... | CODEBTOR | H/W | DATE CLAIM... | CONT. | UNLIQ. | DISP. | AMOUNT |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**      8366 **Financial Corporation of America** **PO Box 203500** **Austin, TX 78720-3500** **Full Account No.: 2388366** | | W | **Collection** | | | | $193.00 |

**Additional Contacts for Financial Corporation of America (8366):**

**Inpatient Consultants of IL** **15 Salt Creek Lane** **Hinsdale, IL 60521**

Sheet no.__**5**__ of __**26**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $        **503.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Lonnie J. McKinney and Claudia M. McKinney</u> ,    Case No. _____
         **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    2691 <br> **Fingerhut** <br> **PO Box 166** <br> **Newark, NJ 07101-0166** <br> **Full Account No.: *********2691** | | J | **Credit Acct.** | | | | $455.00 |
| **ACCOUNT NO.**    2846 <br> **FMS INC.** <br> **PO Box 707601** <br> **Tulsa, OK 74170-7601** <br> **Full Account No.: 31842846** | | W | **Collection** | | | | $664.00 |
| **Additional Contacts for FMS INC. (2846):** <br><br> **Department Store** <br> **National Bank** <br> **701 E. 60th Street** <br> **Sioux Falls, SD 57104** | | | | | | | |
| **ACCOUNT NO.**    0479 <br> **Freedman Anselmo Lindberg LLC** <br> **1807 W. Diehl Rd.   Suite 333** <br> **PO Box 3228** <br> **Naperville, IL 60566-7228** <br> **Full Account No.: 12120479** | | W | **Collection** | | | | $1,010.00 |

Sheet no.__**6**__ of __**26**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $    **2,129.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Lonnie J. McKinney and Claudia M. McKinney** ,                    Case No. _____

              **Debtor**                                                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Freedman Anselmo Lindberg LLC (0479):** <br><br> **GE Money Bank** <br> **3135 Easton Turnpike** <br> **Fairfield, CT 06828-0001** | | | | | | | |
| **ACCOUNT NO.** 5648 <br> **GE Money Bank/Sam's Consumer** <br> PO Box 530914 <br> **Atlanta, GA 30343-0914** <br> **Full Account No.: 7714 1004 6406 5648** | | W | Collection | | | | $1,011.00 |
| **Additional Contacts for GE Money Bank/Sam's Consumer (5648):** <br> CAC Financial Corp. (2601 Expressway  Suite 1000 East, Oklahoma City, Oklahoma 73112-7236) <br> 2601 Expressway  Suite 1000 East <br> Oklahoma City, OK 73112-7236 <br><br> Portfolio Recovery <br> 120 Corporate Blvd. <br> Norfolk, VA 23502 <br> See Attachment 2 - First Additional Contact | | | | | | | |
| **ACCOUNT NO.** 1069 <br> **GECRB/Amazon** <br> PO Box 965015 <br> **Orlando, FL 32896-5015** <br> **Full Account No.: 604578101069** | | H | Credit Card | | | | $1,145.00 |

Sheet no. **7** of **26** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶    $     **2,156.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Lonnie J. McKinney and Claudia M. McKinney** ,                    Case No. _____
                        **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **** <br><br> **GECRB/Lowes** <br>**PO Box 965005** <br>**Orlando, FL 32896** <br>**Full Account No.:** <br>**798192414255**** | | W | **Credit Card** | | | | **$3,124.00** |
| **Notes:** Encore Receivable account #- 5515903431816 ; Nationwide Credit, Inc. account #-7981924142555382 ; Blitt & Gaines, P.C. account #- 10-11511-0 ; Meyer & Njus, P.A. account #- *********5382 ; Judgment 11SC2595 - Winn. Co. | | | | | | | |
| **Additional Contacts for GECRB/Lowes (****):** <br><br> Encore Receivable Management, Inc. (400 N. Rogers Road, Olathe, Kansas 66063-3330) <br>400 N. Rogers Road <br>P.O. Box 3330 <br>Olathe, KS 66063-3330 <br><br>Nationwide Credit, Inc. <br>2015 Vaughn Rd. NW Ste. 400 <br>Nationwide Credit, Inc. <br>Kennesaw, GA 30144-7802 | **Blitt & Gaines, P.C.** <br>**661 W. Glen Avenue** <br>**Wheeling, IL 60090** <br><br> **Meyer & Njus, P.A.** <br>**1100 U.S. Bank Plaza** <br>**200 South Sixth Street** <br>**Minneapolis, MN 55402** | | | | | | |
| **ACCOUNT NO.** 1859 <br><br> **GEMB/Old Navy** <br>**P.O. Box 965005** <br>**Orlando, FL 32896** <br>**Full Account No.: 601859** | | W | **Credit Card** | | | | **$101.00** |
| **ACCOUNT NO.** 7263 <br><br> **Georgia Inpatient Med Assoc.** <br>**PO Box 96368** <br>**Oklahoma City, OK** <br>**73143-6368** <br>**Full Account No.: 0030217263** | | W | **Medical** | | | | **$201.00** |

Sheet no. **8** of **26** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **3,426.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Lonnie J. McKinney and Claudia M. McKinney</u> ,          Case No. _____
                   **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**  2303 <br><br>**Harry W. Darland, M.D.** <br>**2350 North Rockton Ave.** <br>**Rockford, IL 61103** <br>**Full Account No.: 12303** | | W | **Medical** | | | | $494.16 |
| Notes: Additional account #'s - 12356 | | | | | | | |
| **ACCOUNT NO.**  **** <br><br>**HSBC Bank** <br>**PO Box 5253** <br>**Carol Stream, IL 60197** <br>**Full Account No.:** <br>**548955511747****** | | W | **Credit Card** | | | | $825.00 |
| Notes: Additonal HSBC Bank account # - 466309000506** ; 548955511747** ; | | | | | | | |
| **ACCOUNT NO.**  1-09 <br><br>**I.C. System, Inc.** <br>**444 Highway 96 East** <br>**PO Box 64437** <br>**St. Paul, MN 55164-0437** <br>**Full Account No.:** <br>**56007824-1-09** | | W | **Collection** | | | | $121.00 |
| **Additional Contacts for I.C. System, Inc. (1-09):** <br><br><br>    **AT&T Midwest** <br>    **PO Box 182573** <br>    **Columbus, OH 43218** | | | | | | | |

Sheet no. **9** of **26** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                              Subtotal▶    $      **1,440.16**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Lonnie J. McKinney and Claudia M. McKinney** ,                    Case No. _____
    **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.      8366** <br> **Inpatient Consultants of Illinois** <br> PO Box 92934 <br> Los Angeles, CA 90009-2934 <br> Full Account No.: IPC2388366 | | W | **Medical** | | | | $193.00 |
| Additional Contacts for Inpatient Consultants of Illinois (8366): <br><br> **Financial Corporation of America** <br> PO Box 203500 <br> Austin, TX 78720-3500 | | | | | | | |
| **ACCOUNT NO.      56-0** <br> **Macy's** <br> PO Box 689195 <br> Des Moines, IA 50368-9195 <br> Full Account No.: 43-814-298-656-0 | | W | **Credit Card** | | | | $611.00 |
| **ACCOUNT NO.      4049** <br> **MCM (Midland Credit Management, Inc.)** <br> PO Box 603 <br> Dept. 12421 <br> Oaks, PA 19456 <br> Full Account No.: 8558124049 | | H | **Collection** | | | | $455.00 |

Sheet no. **10** of **26** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ **1,259.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re <u>Lonnie J. McKinney and Claudia M. McKinney</u> ,          Case No. _____
          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for MCM (Midland Credit Management, Inc.) (4049):** <br><br> **Midland Funding, LLC** <br> **8875 Aero Drive** <br> **San Diego, CA 92123** <br><br> **WEBBANK** <br> **215 S. State Street** <br> **Salt Lake City, UT 84111** | | | | | | | |
| ACCOUNT NO.        8028 <br><br> **Midland Credit Management, Inc.** <br> **PO Box 60578** <br> **Los Angeles, CA 90060-0578** <br> **Full Account No.: 8534698028** | | W | **Collection** | | | | $810.00 |
| **Notes: Addl acct. # 855920****** | | | | | | | |
| **Additional Contacts for Midland Credit Management, Inc. (8028):** <br><br> **WEBBANK** <br> **215 S. State Street** <br> **Salt Lake City, UT 84111** | | | | | | | |
| ACCOUNT NO.        69** <br><br> **Midland Funding** <br> **8875 Aero Drive Ste 200** <br> **San Diego, CA 92123** <br> **Full Account No.: 853469**** | | W | **Collection - Credit Card** | | | | $938.00 |
| | | | | | | | |

Sheet no. __11__ of __26__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $       **1,748.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Lonnie J. McKinney and Claudia M. McKinney**  ,    Case No. _____
        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    5344 **Mutual Management Services** **401 East State Street 2nd Fl** **PO Box 4777** **Rockford, IL 61110** **Full Account No.: XS5344** | | W | **Collection** | | | | **$152.00** |
| **Additional Contacts for Mutual Management Services (5344):** **Swedish American** **Medicare** **2550 Charles Street** **Rockford, IL 61108-1773** | | | | | | | |
| **ACCOUNT NO.**    7358 **Nationwide Credit Corp.** **PO Box 1022** **Wixom, MI 48393-1022** **Full Account No.: 19617358** | | W | **Collection/Medical** | | | | **$35.00** |
| **Additional Contacts for Nationwide Credit Corp. (7358):** **Infinity Healthcare** **Physicians** **111 E. Wisconsin Ave.** **Suite 2100** **Milwaukee, WI 53202** | | | | | | | |

Sheet no. **12** of **26** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **187.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Lonnie J. McKinney and Claudia M. McKinney** ,                    Case No. _____
　　　　　　　　　　　**Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**   2878 <br><br> **Nationwide Credit Inc.** <br> **PO Box 26314** <br> **Lehigh Valley, PA 18002** <br> **Full Account No.: **********2878** | | H | **Collection** | | | | **$1,145.00** |
| Additional Contacts for Nationwide Credit Inc. (2878): <br><br> **GE Capital Retail Bank** <br> **(PO Box 981426, El Pao,** <br> **Texas 79998-1426)** <br> **PO Box 981426** <br> **El Pao, TX 79998-1426** <br><br> **NES of Ohio** <br> **29125 Solon Road** <br> **Solon, OH 44139-3442** | | | | | | | |
| **ACCOUNT NO.**   2878 <br><br> **Nationwide Credit, Inc.** <br> **2002 Summit Blvd.** <br> **Atlanta, GA 30319** <br> **Full Account No.: 6045 7810** <br> **1069 2878** | | H | **Collection/Credit Card** | | | | **$1,145.00** |
| Additional Contacts for Nationwide Credit, Inc. (2878): <br><br> **GE Capital Retail Bank** <br> **PO Box 981426** <br> **El Paso, TX 79998-1426** | | | | | | | |

Sheet no. __13__ of __26__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **2,290.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Lonnie J. McKinney and Claudia M. McKinney** ,           Case No. _____
                **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    5843 **NCO Financial Systems, Inc. 507 Prudential Road Horsham, PA 19044 Full Account No.: 2905843** | | W | **Collection** | | | | **$79.00** |
| Additional Contacts for NCO Financial Systems, Inc. (5843): **Comcast Cable PO Box 3002 Southeastern, PA 19398-3002** | | | | | | | |
| **ACCOUNT NO.**    8656 **Northland Group PO Box 390846 Minneapolis , MN 55439 Full Account No.: ********8656** | | W | **Collection/Credit Card** | | | | **$664.00** |
| Additional Contacts for Northland Group (8656): **Department Store National Bank 701 E. 60th Street Sioux Falls, SD 57104** | | | | | | | |

Sheet no. **14** of **26** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $            **743.00**

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Lonnie J. McKinney and Claudia M. McKinney** ,                    Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** -011 <br> **PFG of Minnesota** <br> **7825 Washington Ave. S** <br> **Suite 310** <br> **Minneapolis, MN 55439-2409** <br> **Full Account No.:** <br> **77074635-011** | | H | **Collection/Credit Card** | | | | $333.00 |
| **Additional Contacts for PFG of Minnesota (-011):** <br><br> **ShopNBC** <br> **Attn:  Credit** <br> **6740 Shady Oak Road** <br> **Eden Prairie, MN 55344** | | | | | | | |
| **ACCOUNT NO.** 9790 <br> **Planet Fitness** <br> **2420 S. Alpine Road** <br> **Rockford, IL 61108** <br> **Full Account No.: 19790** | | H | **Health Club** | | | | $80.00 |
| **ACCOUNT NO.** 6*** <br> **Portfolio Recovery** <br> **120 Corporate Blvd.** <br> **Norfolk, VA 23502** <br> **Full Account No.:** <br> **771410046406*** | | W | **Collection** | | | | $1,011.00 |

Sheet no. **15** of **26** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **1,424.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Lonnie J. McKinney and Claudia M. McKinney** ,        Case No. _____
                  **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Portfolio Recovery (6\*\*\*):** <br><br> **GE Capital Retail Bank** <br> **PO Box 981426** <br> **El Pao, TX 79998-1426** | | | | | | | |
| **ACCOUNT NO.**   7415 <br><br> **Radiology Consultants of Rockford LTD** <br> **39020 Eagle Way** <br> **Chicago, IL 60678-1390** <br> **Full Account No.: 107415** | | W | **Medical** | | | | **$20.00** |
| **Additional Contacts for Radiology Consultants of Rockford LTD (7415):** <br><br> **ATG Credit** <br> **PO Box 14895** <br> **Chicago, IL 60614-4895** | | | | | | | |
| **ACCOUNT NO.**   3861 <br><br> **Receivables Performance** <br> **20816 44th Ave. W # Main** <br> **Lynnwood, WA 98036** <br> **Full Account No.: 70213861** | | W | **Collection** | | | | **$537.00** |

Sheet no. __16__ of __26__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **557.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Lonnie J. McKinney and Claudia M. McKinney** ,                    Case No. _____
_____
**Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Receivables Performance (3861):**<br><br>**DirecTV<br>PO Box 78626<br>Phoenix, AZ 85062-8626** | | | | | | | |
| **ACCOUNT NO.     7689**<br><br>**Rockford Anesthesiologists Associated<br>PO Box 4569<br>Rockford, IL 61110-4569<br>Full Account No.: 257689** | | W | **Medical** | | | | $94.00 |
| **Additional Contacts for Rockford Anesthesiologists Associated (7689):**<br><br>**Creditors' Protection Service, Inc.<br>308 W. State Street  Suite 485<br>PO Box 4115<br>Rockford, IL 61110-0615** | | | | | | | |
| **ACCOUNT NO.     4040**<br><br>**Rockford Fire Department<br>PO Box 1170<br>Milwaukee, WI 53201-1170<br>Full Account No.: 1304040** | | W | **Emergency bill** | | | | $81.00 |

Sheet no. __**17**__ of __**26**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **175.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Lonnie J. McKinney and Claudia M. McKinney** ,          Case No. _____
          **Debtor**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.      6884 <br><br> **Rockford Health System RMH** <br>**2400 North Rockton Ave.** <br>**Rockford, IL 61103** <br>**Full Account No.: 2012675282, 2012756884** | | W | **Medical** | | | | $883.00 |
| ACCOUNT NO.      A395 <br><br> **Rockford Health Systems** <br>**2300 N. Rockton Avenue** <br>**Rockford, IL 61103** <br>**Full Account No.: 381252A395** | | W | **Medical** | | | | $682.00 |
| Additional Contacts for Rockford Health Systems (A395): <br><br> **MiraMed Revenue Group** <br>**Dept. 77304** <br>**PO Box 77000** <br>**Detroit, MI 48277-0304** <br><br>**Creditors Protection SVC** <br>**202 W. State Street Ste. 300** <br>**Rockford, IL 61101** | | | | | | | |
| ACCOUNT NO.      4897 <br><br> **Rockford Mercantile** <br>**2502 S. Alpine Road** <br>**Rockford, IL 61108** <br>**Full Account No.: AS4897** | | W | **Collection/Medical** | | | | $17.00 |

Sheet no. __18__ of __26__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **1,582.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Lonnie J. McKinney and Claudia M. McKinney** ,                    Case No. _____
　　　　　　　　　　**Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Rockford Mercantile (4897):**<br><br>**Rockford Radiology<br>2400 N. Rockton Ave.<br>Rockford, IL 61103** | | | | | | | |
| **ACCOUNT NO.      9803**<br>**Rockford Surgical Service<br>5668 East State Street<br>Suite 1000<br>Rockford, IL 61108-2426<br>Full Account No.: 49803** | | W | Medical | | | | $425.00 |
| **ACCOUNT NO.      -011**<br>**ShopNBC<br>7825 Washington Ave. S<br>Suite 310<br>Minneapolis, MN 55439-2409<br>Full Account No.:<br>77974635-011** | | H | Credit Card | | | | $66.00 |
| **ACCOUNT NO.      3995**<br>**Southwest Credit<br>4120 International Pkwy.<br>Suite 1100<br>Carrollton, TX 75007-1958<br>Full Account No.: 39840296,<br>42463995** | | W | Collection | | | | $522.00 |

Sheet no. __19__ of __26__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **1,013.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Lonnie J. McKinney and Claudia M. McKinney** ,                    Case No. _____
_____
Debtor                                                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Southwest Credit (3995):**<br><br>AT&T<br>PO Box 5093<br>Carol Stream, IL 60197-5093<br><br>Comcast Communications Corp.<br>One Comcast Center<br>Philadelphia, PA 19103<br><br>Comcast Communications Corp.<br>See Attachment 3 - First Additional Contact | | | | | | | |
| **ACCOUNT NO.      95\*\***<br><br>**Southwest Credit Systems**<br>**5910 W. Plano Pkwy Ste 100**<br>**Plano, TX 75093**<br>**Full Account No.: 42463995\*\*** | | W | Utility/Cable | | | | $410.00 |
| **Additional Contacts for Southwest Credit Systems (95\*\*):**<br><br> Comcast Cable<br>PO Box 3002<br>Southeastern, PA<br>19398-3002 | | | | | | | |
| **ACCOUNT NO.      \*\*\*\***<br><br>**State Colls**<br>**PO Box 6250**<br>**Madison, WI 53701**<br>**Full Account No.: 1243\*\*\*\*\*\*\*\*\*\*** | | W | Collection/Medical | | | | $84.00 |

Sheet no. **20** of **26** continuation sheets attached                                    Subtotal▶  | $ | **494.00**
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                                                                                      Total▶  | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Lonnie J. McKinney and Claudia M. McKinney** ,                    Case No. _____
                          **Debtor**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for State Colls (****):** <br><br> **Swedish American Emergency Physicians - Infinity PO Box 3261 Milwaukee, WI 53201-** | | | | | | | |
| **ACCOUNT NO.       0943** <br> **Swedish American Emergency Physicians - Infinity PO Box 3261 Milwaukee, WI 53201- Full Account No.: 42-8480943** | | W | Medical | | | | $770.00 |
| **Additional Contacts for Swedish American Emergency Physicians - Infinity (0943):** <br> **State Collection Service Inc. 2509 S. Stoughton Rd. Madison, WI 53716** <br><br> **Nationwide Credit Corporation PO Box 1022 Wixom, MI 48393-1022** | | | | | | | |
| **ACCOUNT NO.       8792** <br><br> **Swedish American Hospital PO Box 310283 0331 Des Moines, IA** | | W | Medical | | | | $1,184.00 |

Sheet no. __21__ of __26__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **1,954.00**

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Lonnie J. McKinney and Claudia M. McKinney**   ,                    Case No. _____
                **Debtor**                                                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**   8142<br>Swedish American Hospital<br>PO Box 310283<br>Des Moines, IA 50331-0283<br>Full Account No.: L00115062705, L00115426728, L00114748205, L00114630254, L00114233992,L00119702637, L00119424505, See Attachment 4 - Creditor Information | | W | **Medical** | | | | **$4,134.00** |
| **Additional Contacts for Swedish American Hospital (8142):**<br><br>**Mutual Management Services**<br>**401 East State Street 2nd Fl**<br>**PO Box 4777**<br>**Rockford, IL 61110** | | | | | | | |
| **ACCOUNT NO.**   1900<br><br>**The City of Rockford IL USA**<br>**Payment Center**<br>**425 E. State Street**<br>**Rockford , IL 61104**<br>**Full Account No.: 045111900** | | W | **Water bill** | | | | **$153.00** |
| **ACCOUNT NO.**   784A<br><br>**The Swiss Colony**<br>**PO Box 2814**<br>**Monroe, WI 53566**<br>**Full Account No.: 990 150 881 784A** | | W | **Credit Card** | | | | **$451.00** |
| Sheet no.__22__ of __26__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal▶ | | | $ | **4,738.00** |
| | | | Total▶<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) | | | $ | |

In re **Lonnie J. McKinney and Claudia M. McKinney** ,                    Case No. _____
                    **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for The Swiss Colony (784A):**<br><br>**Professional Recovery Consultants**<br>**2700 Meridian Parkway  Suite 200**<br>**Durham, NC 27713-2204**<br><br>**Professional Recovery Consultants**<br>**2700 Meridian Parkway**<br>**Suite 200**<br>**Durham, NC** | | | | | | | |
| **ACCOUNT NO.        6268**<br>**The University of Chicago Medical Center**<br>**15965 Collections Center Drive**<br>**Chicago, IL 60693**<br>**Full Account No.:  330029182, 330136268** | | W | Medical | | | | $1,147.00 |
| **Additional Contacts for The University of Chicago Medical Center (6268):**<br><br>**Trustmark Recovery Services**<br>**541 Otis Bowen Drive**<br>**Munster, IN 46321** | | | | | | | |
| **ACCOUNT NO.        1069**<br>**Transworld Systems Inc.**<br>**950 Office Park Road  #306**<br>**West Des Moines, IA 50265**<br>**Full Account No.: 1055G-0010461069** | | H | Collection | | | | $68.00 |

Sheet no.__**23**__of __**26**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **1,215.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Lonnie J. McKinney and Claudia M. McKinney** ,                    Case No. _____
_____
**Debtor**                                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Transworld Systems Inc. (1069):** | | | | | | | |
| **Blackhawk State Bank 400 Broad Street Beloit, WI 53511-6223** | | | | | | | |
| ACCOUNT NO.        65-2 **U.S. Department of Education PO Box 530260 Atlanta, GA 30353-0260 Full Account No.: 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-2** | | W | **Student Loan** | | | | $12,835.00 |
| ACCOUNT NO.        119R **United Credit Service, Inc. 15 N. Lincoln St. PO Box 740 Elkhorn  , WI 53121-0740** | | W | **Collection** | | | | $122.00 |
| **Additional Contacts for United Credit Service, Inc. (119R):** | | | | | | | |
| **Rock River Water Reclamation District 3501 Kishwaukee Street PO Box 7480 Rockford, IL 61126** | | | | | | | |

Sheet no.__**24**_ of __**26**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **12,957.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Lonnie J. McKinney and Claudia M. McKinney** ,          Case No. _____
              **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 8656 **United Recovery Systems, LLP** P.O. Box 722929 Houston, TX 77272-2929 Full Account No.: 43814298656 | | W | Collection | | | | $664.00 |
| **Additional Contacts for United Recovery Systems, LLP (8656):** Department Store National Bank 701 E. 60th Street Sioux Falls, SD 57104 | | | | | | | |
| **ACCOUNT NO.** 8110 **US Bank** PO Box 5227 CN-OH-W15 Cincinnati, OH 45202-5227 Full Account No.: DDA 199380557421, *********8110 | | H | Overdrawn Bank Accounts | | | | $272.00 |
| **ACCOUNT NO.** 6694 **Virtuoso Sourcing Group** 4500 E. Cherry Creek South Dr. Denver, CO 80246 Full Account No.: 5536694 | | W | Collection | | | | $34.00 |

Sheet no. **25** of **26** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  **970.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Lonnie J. McKinney and Claudia M. McKinney**  ,                     Case No. _____
                   **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Virtuoso Sourcing Group (6694):** <br><br> **Pendrick Capital Partners** <br> **625 US Highway 1** <br> **Key West, FL 33040** | | | | | | | |
| **ACCOUNT NO.**      47 3 <br><br> **Which Way USA** <br> **PO Box 4002026** <br> **Des Moines, IA 50340-2026** <br> **Full Account No.: 3284 9347 3** | | W | Subscriptions | | | | $25.00 |
| **Additional Contacts for Which Way USA (47 3):** <br><br> **Retrieval-Masters** <br> **Creditors Bureau** <br> **2269 S. Saw Mill River Road** <br> **Building 3** <br> **Elmsford, NY 10523** | | | | | | | |

Sheet no. **26** of **26** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $              **25.00**

Total▶  $           **72,326.16**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

# Attachment

**Attachment 1**

    **First Additional Contact**

        **WEBBANK
215 S. State Street
Salt Lake City, UT 84111**

**Attachment 2**

    **First Additional Contact**

        **Enhanced Recovery Company
8014 Bayberry Road
Jacksonville, FL 32256**

**Attachment 3**

    **First Additional Contact**

        **One Comcast Center
Philadelphia, PA 19103**

**Attachment 4**

    **Creditor Information**

        **L00122658792, L00100928142, L00102555653, L00100928142**

B 6G (Official Form 6G) (12/07)

In re **Lonnie J. McKinney and Claudia M. McKinney,**                    Case No. _____
                                    **Debtor**                                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

B 6H (Official Form 6H) (12/07)

In re **Lonnie J. McKinney and Claudia M. McKinney,**_____   Case No. _____
           **Debtor**                                              **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Lonnie J. McKinney** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Claudia M. McKinney** |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for: | **Northern District of Illinois** |
| Case number (If known) | _____ |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☐ Employed<br>☒ Not employed | ☐ Employed<br>☒ Not employed |
| Occupation | | _____ | _____ |
| Employer's name | | _____ | _____ |
| Employer's address | | _____<br>Number    Street<br><br>_____<br><br>_____<br>City    State    ZIP Code | _____<br>Number    Street<br><br>_____<br><br>_____<br>City    State    ZIP Code |
| How long employed there? | | _____ | _____ |

| Part 2: | Give Details About Monthly Income |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $_____ | $_____ |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $_____ | + $_____ |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1 **Lonnie J. McKinney**

First Name      Middle Name      Last Name

Case number (*if known*)_____

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here .................................................... ➔ 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $_____ | $_____ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $_____ | $_____ |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $_____ | $_____ |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $_____ | + $_____ |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 0.00 | $ 0.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: **See Attachment 1** | 8f. | $ 610.00 | $ 1,315.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h. | + $_____ | + $_____ |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 610.00 | $ 1,315.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 610.00 + $ 1,315.00 = | $ 1,925.00 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____ 11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies   12.   $ 1,925.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☐ Yes. Explain: _____

# Addendum

**Attachment 1**

      **Description: Social Security**
      **Debtor's Amount: $610.00**
      **Spouse's Amount: $0.00**

      **Description: Social Secuirty**
      **Debtor's Amount: $0.00**
      **Spouse's Amount: $1,315.00**

**Fill in this information to identify your case:**

Debtor 1 __Lonnie J. McKinney__
First Name        Middle Name        Last Name

Debtor 2 __Claudia M. McKinney__
(Spouse, if filing) First Name        Middle Name        Last Name

United States Bankruptcy Court for: __Northern District of Illinois__

Case number _____
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses                                          12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

**1. Is this a joint case?**

☐ No.  Go to line 2.
☒ Yes. **Does Debtor 2 live in a separate household?**

☒ No
☐ Yes. Debtor 2 must file a separate Schedule J.

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☒ No
☐ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☐ No
☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I).

| | Your expenses |
|---|---|
| **4. The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $485.00 |
| If not included in line 4: | |
| 4a. Real estate taxes | 4a. $0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. $0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. $85.00 |
| 4d. Homeowner's association or condominium dues | 4d. $0.00 |

Debtor 1    **Lonnie J. McKinney**                         Case number *(if known)*_____

First Name      Middle Name      Last Name

| | | Your expenses |
|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. $ **0.00** |
| 6. | **Utilities:** | |
| 6a. | Electricity, heat, natural gas | 6a. $ **275.00** |
| 6b. | Water, sewer, garbage collection | 6b. $ **40.00** |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ **50.00** |
| 6d. | Other. Specify: _____ | 6d. $ **0.00** |
| 7. | **Food and housekeeping supplies** | 7. $ **425.00** |
| 8. | **Childcare and children's education costs** | 8. $ **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ **55.00** |
| 10. | **Personal care products and services** | 10. $ **0.00** |
| 11. | **Medical and dental expenses** | 11. $ **15.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ **175.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ **30.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| 15a. | Life insurance | 15a. $ **0.00** |
| 15b. | Health insurance | 15b. $ **0.00** |
| 15c. | Vehicle insurance | 15c. $ **58.00** |
| 15d. | Other insurance. Specify:_____ | 15d. $ **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. $ **0.00** |
| 17. | **Installment or lease payments:** | |
| 17a. | Car payments for Vehicle 1 | 17a. $ **0.00** |
| 17b. | Car payments for Vehicle 2 | 17b. $ **0.00** |
| 17c. | Other. Specify:_____ | 17c. $ _____ |
| 17d. | Other. Specify:_____ | 17d. $ _____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I).** | 18. $ **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. $ **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | |
| 20a. | Mortgages on other property | 20a. $ **0.00** |
| 20b. | Real estate taxes | 20b. $ **0.00** |
| 20c. | Property, homeowner's, or renter's insurance | 20c. $ **0.00** |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. $ **0.00** |
| 20e. | Homeowner's association or condominium dues | 20e. $ **0.00** |

Debtor 1    **Lonnie J. McKinney** _____    Case number (*if known*)_____
First Name    Middle Name    Last Name

21.  **Other**. Specify: _____    21.    + $ __0.00_____

22.  **Your monthly expenses.** Add lines 4 through 21.
     The result is your monthly expenses.    22.    $ __1,693.00_____

23.  **Calculate your monthly net income.**

     23a.  Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.    $ __1,925.00_____

     23b.  Copy your monthly expenses from line 22 above.    23b.    − $ __1,693.00_____

     23c.  Subtract your monthly expenses from your monthly income.
           The result is your *monthly net income*.    23c.    $ __232.00_____

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ❏ No.
     ❏ Yes.    Explain here:

B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS

In re  **Lonnie J. McKinney and Claudia M. McKinney** ,

*Debtor*

Case No. _____

Chapter **7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 62,500.00 | | |
| B - Personal Property | YES | 3 | $ 3,010.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 38,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 28 | | $ 72,326.16 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 3 | | | $ 1,925.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 3 | | | $ 1,693.00 |
| TOTAL | | 44 | $ 65,510.00 | $ 110,326.16 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS

In re **Lonnie J. McKinney and Claudia M. McKinney** ,

_____,
*Debtor*

Case No. _____

Chapter **7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | **0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | **0.00** |
| Student Loan Obligations (from Schedule F) | $ | **12,835.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | **0.00** |
| TOTAL | $ | **12,835.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income  (from Schedule I, Line 12) | $ | **1,925.00** |
| Average Expenses (from Schedule J, Line 22) | $ | **1,693.00** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | **0.00** |

**State the following:**

| | | | |
|---|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | **0.00** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | **0.00** | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | **0.00** |
| 4.  Total from Schedule F | | $ | **72,326.16** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | **72,326.16** |

In re   **Lonnie J. McKinney and Claudia M. McKinney**                        ,   Case No. _____

_____
        Debtor                                                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __46__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **January 28, 2014** _____        Signature: **s/Lonnie J. McKinney** _____

                                                                                 **Lonnie J. McKinney**   Debtor

Date **January 28, 2014** _____        Signature: **s/Claudia McKinney** _____

                                                                                 **Claudia M. McKinney**   (Joint Debtor, if any)

                                                                   [If joint case, both spouses must sign.]

-------------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                              Social Security No.
of Bankruptcy Petition Preparer                                          *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____          _____
   Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

-------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                                     Signature: _____

                                                        _____
                                                        [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

-------------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B 7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS

In re: Lonnie J. McKinney and Claudia M. McKinney    Case No _____
_____Debtor_____                                                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS

     This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

     *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

     *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

    **1. Income from employment or operation of business**

None
☒

    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

          AMOUNT                                    SOURCE

    **2. Income other than from employment or operation of business**

None
☐

    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a

joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |
|---|---|---|
| **Debtor:** | | |
| | Current Year (2013): $6,100.00 | Social Security YTD |
| | Previous Year 1 (2012): $7,230.00 | Social Securtiy |
| | Previous Year 2 (2011): $7,230.00 | Social Security |
| **Joint Debtor:** | | |
| | Current Year (2013): $13,150.00 | Social Security YTD |
| | Previous Year 1 (2012): $15,780.00 | Social Security |
| | Previous Year 2 (2011): $15,450.00 | Social Security |

---

**3. Payments to creditors**

***Complete a. or b., as appropriate, and c.***

None
☒

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Debtor: | | | |
| Joint Debtor: | | | |

None
☒

b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or

---

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☒

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☒

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ☒
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ☒
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ☒
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Debtor: | | |
| McGarragan Law Offices 1004 N. Main Street Rockford, Illinois 61103 | 9-10-20013 | $993.00 Legal Fees |
| Advisory Credit Management, Inc. 5769 West Sunrise Blvd. Plantation, Florida 33313 | 09-07-2013 | $29.00 Credit Counseling |
| Joint Debtor: N/A | | |

## 10. Other transfers

None
☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☒

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

BALANCE

---

**12. Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None
☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15. Prior address of debtor**

None
☒

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16. Spouses and Former Spouses**

None
☒     If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☒     a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME     NAME AND ADDRESS     DATE OF        ENVIRONMENTAL
AND ADDRESS     OF GOVERNMENTAL UNIT    NOTICE        LAW

None
☒     b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME     NAME AND ADDRESS     DATE OF        ENVIRONMENTAL
AND ADDRESS     OF GOVERNMENTAL UNIT    NOTICE        LAW

None
☒     c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS                          STATUS OR
OF GOVERNMENTAL UNIT        DOCKET NUMBER    DISPOSITION

---

**18 . Nature, location and name of business**

None
☒     a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing

executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
☒  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                        ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☒  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                        DATES SERVICES RENDERED

None
☒  b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None
☒
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                    ADDRESS

None
☒
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                    DATE ISSUED

---

**20. Inventories**

None
☒
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DOLLAR AMOUNT
OF INVENTORY
(Specify cost, market or other
DATE OF INVENTORY          INVENTORY SUPERVISOR          basis)

None
☒
b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

NAME AND ADDRESSES
OF CUSTODIAN
DATE OF INVENTORY          OF INVENTORY RECORDS

---

**21. Current Partners, Officers, Directors and Shareholders**

None
☒
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST          PERCENTAGE OF INTEREST

None
☒
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NATURE AND PERCENTAGE
NAME AND ADDRESS          TITLE          OF STOCK OWNERSHIP

**22. Former partners, officers, directors and shareholders**

None
☒

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                          DATE OF WITHDRAWAL

None
☒

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS              TITLE                          DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                  DATE AND PURPOSE              AMOUNT OF MONEY
                              OR DESCRIPTION
RELATIONSHIP TO DEBTOR        OF WITHDRAWAL                 AND VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION            TAXPAYER-IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                  TAXPAYER-IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

| Date | January 28, 2014 | Signature of Debtor | s/Lonnie J. McKinney |
|------|------------------|---------------------|----------------------|
| Date | January 28, 2014 | Signature of Joint Debtor (if any) | s/Claudia McKinney |

0 continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re   Lonnie J. McKinney and Claudia M.
McKinney _____         Case No. _____
     Debtor                                       Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A – Debts secured by property of the estate.** *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Wells Fargo Home Mortgage | **Describe Property Securing Debt**:<br>2230 Broadway<br>Rockford, IL 61104 |

Property will be *(check one)*:
    ☐ Surrendered        ☒ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☒ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11
U.S.C. § 522(f)).

Property is *(check one)*:
    ☒ Claimed as exempt      ☐ Not claimed as exempt

**PART B – Personal property subject to unexpired leases.** *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES   ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date:  January 28, 2014 _____         s/Lonnie J. McKinney _____
                                        Signature of Debtor


                                        s/Claudia McKinney _____
                                        Signature of Joint Debtor

Comcast Cable
PO Box 3002
Southeastern, PA 19398-3002


Comcast Cable
PO Box 3002
Southeastern, PA 19398-3002


Accounts Receivable Management
7834 N. 2nd Street, Ste. 5
Machesney Park, IL 61115


Affiliated Surgeons of Rockford
PO Box 15730
Loves Park, IL 61132-5730


Allied Interstate
PO Box 1962
Southgate, MI 48195-0962


Amber Pharmacy
10004 S. 152nd St.
Omaha, NE 68138


AT&T
PO Box 5080
Carol Stream, IL 60197-5080


AT&T
PO Box 5093
Carol Stream, IL 60197-5093


AT&T Midwest
PO Box 182573
Columbus, OH 43218

ATG Credit
PO Box 14895
Chicago, IL 60614-4895


ATG Credit, LLC
PO Box 14895
Chicago, IL 60614-4895


Blackhawk State Bank
400 Broad St.
Beloit, WI 53512


Blackhawk State Bank
400 Broad Street
Beloit, WI 53511-6223


Blitt & Gaines, P.C.
661 W. Glen Avenue
Wheeling, IL 60090


CAC Financial Corp. (2601 Expressway   S
2601 Expressway   Suite 1000 East
Oklahoma City, OK 73112-7236


Capital One
PO Box 5253
Carol Stream, IL 60197-5253


Chase Bank USA
P.O. Box 15298
Willmington, DE 19850


Chase Bank USA, NA
PO Box 15298
Wilmington, DE 19850-5298

Comcast Communications Corp.
One Comcast Center
Philadelphia, PA 19103


Convergent Outsourcing, Inc.
10750 Hammerly Blvd.  #200
Houston, TX 77043


Credit Control
5757 Phantom Dr.  Suite 330
Hazelwood, MO 63042


Creditor Services
PO Box 4
Clinton, IA 52733-0004


Creditors' Protection Service, Inc.
308 W. State Street  Suite 485
PO Box 4115
Rockford, IL 61110-0615


Creditors Protection SVC
202 W. State Street Ste. 300
Rockford, IL 61101


Creditors Protection SVC
202 W. State Street Ste. 300
Rockford, IL 61101


Department Store National Bank
701 E. 60th Street
Sioux Falls, SD 57104


Department Store National Bank
701 E. 60th Street
Sioux Falls, SD 57104

DirecTV
PO Box 78626
Phoenix, AZ 85062-8626


Encore Receivable Management, Inc. (400
400 N. Rogers Road
P.O. Box 3330
Olathe, KS 66063-3330


Enhanced Recovery Company
8014 Bayberry Road
Jacksonville, FL 32256


Enhancing Mind Body Spirit
PO Box 26597
Lehigh Valley, PA 18002-6597


Financial Corporation of America
PO Box 203500
Austin, TX 78720-3500


Financial Corporation of America
PO Box 203500
Austin, TX 78720-3500


Fingerhut
PO Box 166
Newark, NJ 07101-0166


FMS INC.
PO Box 707601
Tulsa, OK 74170-7601


Freedman Anselmo Lindberg LLC
1807 W. Diehl Rd.   Suite 333
PO Box 3228
Naperville, IL 60566-7228

GE Capital Retail Bank
PO Box 981426
El Paso, TX 79998-1426


GE Capital Retail Bank
PO Box 981426
El Pao, TX 79998-1426


GE Capital Retail Bank (PO Box 981426, E
PO Box 981426
El Pao, TX 79998-1426


GE Money Bank
3135 Easton Turnpike
Fairfield, CT 06828-0001


GE Money Bank/Sam's Consumer
PO Box 530914
Atlanta, GA 30343-0914


GECRB/Amazon
PO Box 965015
Orlando, FL 32896-5015


GECRB/Lowes
PO Box 965005
Orlando, FL 32896


GEMB/Old Navy
P.O. Box 965005
Orlando, FL 32896


Georgia Inpatient Med Assoc.
PO Box 96368
Oklahoma City, OK 73143-6368

Harry W. Darland, M.D.
2350 North Rockton Ave.
Rockford, IL 61103


HSBC Bank
PO Box 5253
Carol Stream, IL 60197


HSBC Bank Nevada
1111b Town Center Dr.
Las Vegas, NV 89134


I.C. System, Inc.
444 Highway 96 East
PO Box 64437
St. Paul, MN 55164-0437


Infinity Healthcare Physicians
111 E. Wisconsin Ave.  Suite 2100
Milwaukee, WI 53202


Inpatient Consultants of IL
15 Salt Creek Lane
Hinsdale, IL 60521


Inpatient Consultants of Illinois
PO Box 92934
Los Angeles, CA 90009-2934


LVNV Funding LLC
PO Box 10497
Greenville, SC 29603


Macy's
PO Box 689195
Des Moines, IA 50368-9195

MCM (Midland Credit Management, Inc.)
PO Box 603
Dept. 12421
Oaks, PA 19456


Meyer & Njus, P.A.
1100 U.S. Bank Plaza
200 South Sixth Street
Minneapolis, MN 55402


Midland Credit Management, Inc.
PO Box 60578
Los Angeles, CA 90060-0578


Midland Funding
8875 Aero Drive Ste 200
San Diego, CA 92123


Midland Funding LLC (8875 Aero Drive, Sa
8875 Aero Drive
Suite 200
San Diego, CA 92123


Midland Funding, LLC
8875 Aero Drive
San Diego, CA 92123


MiraMed Revenue Group
Dept. 77304
PO Box 77000
Detroit, MI 48277-0304


Mutual Management Services
401 East State Street 2nd Fl
PO Box 4777
Rockford, IL 61110


Nationwide Credit Corp.
PO Box 1022
Wixom, MI 48393-1022

Nationwide Credit Corporation
PO Box 1022
Wixom, MI 48393-1022


Nationwide Credit Inc.
PO Box 26314
Lehigh Valley, PA 18002


Nationwide Credit, Inc.
2002 Summit Blvd.
Atlanta, GA 30319


Nationwide Credit, Inc.
2015 Vaughn Rd. NW Ste. 400
Nationwide Credit, Inc.
Kennesaw, GA 30144-7802


NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044


NES of Ohio
29125 Solon Road
Solon, OH 44139-3442


North Shore Agency, Inc.
PO Box 17211
Wilmington, DE 19850


Northland Group
PO Box 390846
Minneapolis, MN 55439


Pendrick Capital Partners
625 US Highway 1
Key West, FL 33040

PFG of Minnesota
7825 Washington Ave. S
Suite 310
Minneapolis, MN 55439-2409


Planet Fitness
2420 S. Alpine Road
Rockford, IL 61108


Portfolio Recovery
120 Corporate Blvd.
Norfolk, VA 23502


Professional Recovery Consultants
2700 Meridian Parkway  Suite 200
Durham, NC 27713-2204


Professional Recovery Consultants
2700 Meridian Parkway
Suite 200
Durham, NC


Radiology Consult of Rockford (1401 East
1401 East State Street
Rockford, IL 61104


Radiology Consultants of Rockford LTD
39020 Eagle Way
Chicago, IL 60678-1390


Razor Capital II LLC
8000 Norman Ctr. Dr.
Bloomington, MN 55437


Receivables Performance
20816 44th Ave. W # Main
Lynnwood, WA 98036

Retrieval-Masters Creditors Bureau
2269 S. Saw Mill River Road
Building 3
Elmsford, NY 10523


Rock River Water Reclamation District
3501 Kishwaukee Street
PO Box 7480
Rockford, IL 61126


Rockford Anesthesiologist (2202 Harlem R
2202 Harlem Road
Loves Park, IL 61111


Rockford Anesthesiologists Associated
PO Box 4569
Rockford, IL 61110-4569


Rockford Fire Department
PO Box 1170
Milwaukee, WI 53201-1170


Rockford Health Phys. Anesthesiology Ser
6785 Weaver Road
Rockford, IL 61114


Rockford Health Physicians
2300 N. Rockton Ave.
Rockford, IL 61103


Rockford Health System RMH
2400 North Rockton Ave.
Rockford, IL 61103


Rockford Health Systems
2300 N. Rockton Avenue
Rockford, IL 61103

Rockford Health Systems (2300 N. Rockton
2300 N. Rockton Avenue
Rockford, IL 61103


Rockford Mercantile
2502 S. Alpine Road
Rockford, IL 61108


Rockford Radiology
2400 N. Rockton Ave.
Rockford, IL 61103


Rockford Surgical Service
5668 East State Street
Suite 1000
Rockford, IL 61108-2426


Rockford Surgical Services
5668 E. State Street
Rockford, IL 61108


ShopNBC
7825 Washington Ave. S
Suite 310
Minneapolis, MN 55439-2409


ShopNBC
Attn:  Credit
6740 Shady Oak Road
Eden Prairie, MN 55344


Southwest Credit
4120 International Pkwy.
Suite 1100
Carrollton, TX 75007-1958


Southwest Credit Systems
5910 W. Plano Pkwy Ste 100
Plano, TX 75093

State Collection Service Inc.
2509 S. Stoughton Rd.
Madison, WI 53716


State Colls
PO Box 6250
Madison, WI 53701


Swedish American Emergency Physicians -
PO Box 3261
Milwaukee, WI 53201-


Swedish American Emergency Physicians -
PO Box 3261
Milwaukee, WI 53201-


Swedish American Hospital
PO Box 310283
Des Moines, IA 50331-0283


Swedish American Hospital
PO Box 310283 0331
Des Moines, IA


Swedish American Medicare
2550 Charles Street
Rockford, IL 61108-1773


The City of Rockford IL USA
Payment Center
425 E. State Street
Rockford, IL 61104


The Swiss Colony
PO Box 2814
Monroe, WI 53566

The University of Chicago Medical Center
15965 Collections Center Drive
Chicago, IL 60693


Transworld Systems Inc.
950 Office Park Road  #306
West Des Moines, IA 50265


Trustmark Recovery Services
541 Otis Bowen Drive
Munster, IN 46321


U.S. Department of Education
PO Box 530260
Atlanta, GA 30353-0260


United Credit Service, Inc.
15 N. Lincoln St.
PO Box 740
Elkhorn, WI 53121-0740


United Recovery Systems, LLP
P.O. Box 722929
Houston, TX 77272-2929


US Bank
PO Box 5227
CN-OH-W15
Cincinnati, OH 45202-5227


Virtuoso Sourcing Group
4500 E. Cherry Creek
South Dr.
Denver, CO 80246


Washington Mutual Bank
2273 North Green Valley Pkwy.
Henderson, NV 89014

```
WEBBANK
215 S. State Street
Salt Lake City, UT 84111


WEBBANK
215 S. State Street
Salt Lake City, UT 84111


Wells Fargo Home Mortgage
P.O. Box 5296
Carol Stream, IL 60197-5296


Which Way USA
PO Box 4002026
Des Moines, IA 50340-2026
```